■ RAHSEIDA MAHARAJ, Respondent, v DANIEL LAROCHE, Appellant, et al., Defendant. [993 NYS2d 915]—

In an action to recover damages for defamation, the defendant Daniel LaRoche appeals from a judgment of the Supreme Court, Kings County (Knipel, J.), dated September 13, 2012, which, after a jury trial, is in favor of the plaintiff and against him in the principal sum of $172,320.

Ordered that the judgment is affirmed, with costs.

A jury verdict should not be set aside as contrary to the weight of the evidence unless the jury could not have reached the verdict by any fair interpretation of the evidence (*see Lolik v Big V Supermarkets*, 86 NY2d 744, 746 [1995]; *Crooks v E. Peters, LLC*, 103 AD3d 828, 829 [2013]; *Verizon N.Y., Inc. v Orange & Rockland Utils., Inc.*, 100 AD3d 983 [2012]; *Buckenberger v Clark Constr. Corp.*, 208 AD2d 790, 791 [1994]; *Nicastro v Park*, 113 AD2d 129, 134 [1985]). A fair interpretation of the evidence supports the jury verdict in favor of the plaintiff (*see Jones v Curry*, 303 AD2d 461 [2003]). Skelos, J.P., Leventhal, Hinds-Radix and Maltese, JJ., concur.